**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6897**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL AARON LITTLE,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-87-19-C)

———————————

Submitted: September 11, 1997    Decided: September 24, 1997

———————————

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Michael Aaron Little, Appellant Pro Se. Carl Horn, III, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion under old FED. R. CRIM. P. 35(a). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Little</u>, No. CR-87-19-C (W.D.N.C. June 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2